UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 13-40002 |
| | ) | Chapter 11 |
| HILLTOP DAIRY, LLP | ) | |
| Tax ID/EIN 86-1163753 | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| Debtor. | ) | |

NOTICE TO ALL INTERESTED PARTIES:

On April 26, 2013, an Evidentiary Hearing was held on the Debtor's Motion to Assume Executory Contract with James L. Suhr and Margaret K. Suhr. Appearances included Robert L. Meadors for Debtor and Patrick T. Dougherty for James L. and Margaret K. Suhr.

At said hearing the following exhibits were received by the Court:

See Attached Exhibit List filed on April 26, 2013 (docket #201)

YOU ARE HEREBY NOTIFIED the above-listed exhibits will be destroyed by the Clerk on **November 12, 2013**, unless a Request for Release of Exhibits is filed with the Clerk prior to that date. A party may only request the release of exhibits offered by that party.

I hereby certify that on October 28, 2013, a copy of this document was mailed or faxed to any *pro se* parties who offered exhibits and who are shown on the Notice of Electronic Filing as not having received electronic notice.

FREDERICK M. ENTWISTLE
CLERK, U.S. BANKRUPTCY COURT

s/Marla Nelson, Deputy Clerk

400 South Phillips Avenue, Room 104
Sioux Falls, South Dakota 57104
(605)357-2400

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 13-40002 |
| | ) | Chapter 11 |
| HILLTOP DAIRY, LLP | ) | |
| Tax ID/EIN 86-1163753 | ) | COURT'S EXHIBIT AND WITNESS |
| | ) | LIST FOR EVIDENTIARY HEARING |
| Debtor. | ) | ON DEBTOR'S MOTION TO ASSUME |
| | ) | EXECUTORY CONTRACT WITH |
| | ) | JAMES L. SUHR AND MARGARET |
| | ) | K. SUHR HELD APRIL 26, 2013 |

## WITNESSES

Wilfried Reuvekamp, partner in Debtor Hilltop Dairy, LLP
Kevin Banken, Centrol Crop Consulting

## EXHIBITS

Joint exhibits are marked with "J" and a number.
Debtor's exhibits are marked with "HT" and a number.
James L. Suhr and Margaret K. Suhr's exhibits are marked with "S" and a number.

| ID. | BRIEF DESCRIPTION | OFFERED | OBJECTION | REFUSED | ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| J1 | Stipulation to use Cash Collateral (doc. 199) | X | | | X | |
| HT1 | 2009 Soil sample report (34-110N-48W) | X | | | X | |
| HT2 | 2009 Soil sample report (3-109N-48W) | X | | | X | |
| HT3 | Lease | X | | | X | |
| S2 | Stipulation Regarding Debtor's Authority To Use Cash Collateral (doc. 28-1) | X | | | X | |

Dated this 26th day of April, 2013.

/s/ Nita Sarvis
Courtroom Deputy